BANK FOR SAVINGS IN THE CITY OF NEW YORK, Respondent, *v.* RELLIM CONSTRUCTION COMPANY, Appellant, Impleaded with Others.

Submitted February 28, 1941; decided April 17, 1941.

*Frederick Hemley* and *Jesse Hemley* for appellant.

*John A. Sullivan* and *Walbridge S. Taft* for respondent.

Judgment affirmed, with costs, and motion to dismiss appeal denied. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.